## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Victor Hugo Arroyo
                          Plaintiff,

v.                                                     Case No.: 1:20−cv−02751
                                                           Honorable Marvin E. Aspen

Olde English Gardens, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 9, 2021:

      MINUTE entry before the Honorable Beth W. Jantz: Telephonic pre−settlement conference call held on 12/8/21, and continued to 2/8/22 at 10:00 a.m. Although discovery remains stayed on the merits, the parties have agreed to take limited financial discovery to aid in the possibility of settlement, including the deposition of the defendant. Accordingly, a further telephonic status is scheduled for 2/8/22 at 10:00 a.m., at which time the parties should be prepared to report back on their progress. To join the 2/8/22 call, dial 888−273−3658 and enter access code 2217918. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.